**UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | |
|---|---|
| Katherine Cockman, On Behalf of Herself And All Others Similarly Situated, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>)<br>Assignment Desk Works LLC, and Shawn Moffatt, )<br>)<br>Defendants. ) | Case No.: 2:19-cv-3082-BHH<br><br><br><br>**ORDER APPROVING FLSA SETTLEMENT** |

The Court, having received the parties' Joint Motion to Approve Settlement of Fair Labor Standards Act Claim, (hereinafter the "Joint Motion for Settlement Approval") submitted jointly by the parties, hereby ORDERS that the Joint Motion for Settlement Approval is GRANTED. The parties will file a motion dismissing this action with prejudice after the Defendants have made the payments set forth in the settlement agreement.

    **AND IT IS SO ORDERED.**

                                                                           s/Bruce Howe Hendricks
                                                                           United States District Judge

February 10, 2023
Charleston, South Carolina