# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| Katherine Cockman, On Behalf of Herself and Others Similarly Situated, | C/A No.: 2:19-cv-03082-BHH |
| Plaintiffs, | |
| vs. | **STIPULATION OF DISMISSAL** |
| Assignment Desk Works LLC, and Shawn Moffatt, | |
| Defendant. | |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties hereby stipulate that the above-captioned civil action is dismissed, with prejudice.

| **MULLANEY LAW** | **SAXTON & STUMP** |
|---|---|
| *s/Marybeth Mullaney* | *s/ Rene Stuhr Dukes* |
| Marybeth Mullaney (Fed. ID 11162) | Rene Stuhr Dukes (Fed. ID 10627) |
| 652 Rutledge Ave., Suite A | 151 Meeting Street, Suite 400 |
| Charleston, SC 29403 | Charleston, SC 29401 |
| (843) 588-5587 | (843) 386-4885 |
| marybeth@mullaneylaw.net | rdukes@saxtonstump.com |
| *Attorney for Plaintiffs* | *Attorney for Defendants* |